**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| ROBERT REMOND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 8:17-CV-02564 |
| ) | |
| CAPITAL ONE BANK, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, ROBERT REDMOND, ("Plaintiff"), through his attorney, Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

Respectfully submitted,
HORMOZDI LAW FIRM, LLC

December 7, 2017          By: /s/ Shireen Hormozdi
Shireen Hormozdi
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
shireen@agrusslawfirm.com
shireen@norcrosslawfirm.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

  On December 7, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Erin Hoffman, at erin.hoffman@faegrebd.com.

          By: /s/ Shireen Hormozdi
            Shireen Hormozdi